UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | : | |
| v. | : | Cr. No. 07-928 |
| | : | |
| DOUG BATEMAN | : | ORDER |

Defendant having aliases relevant to this matter, and for good cause shown,

It is on this ___30th___ day of August 2010,

ORDERED that the case caption in this matter shall be changed from "United States of America v. Doug Bateman," to "United States of America v. Douglas Bateman."

_____
HON. JOSE L. LINARES
United States District Judge

Date: __8/30/10__