PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: BATEMAN, Doug

Cr.: 07-00928-001
PACTS #: 49070

Name of Sentencing Judicial Officer: Honorable Jose L. Linares, U.S.D.J.

Date of Original Sentence: 09/03/2008

Original Offense: Count One, Conspiracy to Distribute Crack Cocaine; and Count Two, Felon in Possession of a Weapon

Original Sentence: 60 months imprisonment followed by three (3) years supervised release - to be served concurrently; $200 special assessment. Special conditions: 1) drug urinalysis/treatment; 2) no street-gang association; and 3) DNA collection.

Type of Supervision: Supervised Release                  Date Supervision Commenced: 11/18/2011

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Bateman violated the special drug urinalysis/treatment condition. |
| | On January 25, 2012, the offender submitted a urine specimen which tested positive for marijuana. |

**U.S. Probation Officer Action:** Probation will present this document to Bateman. The act detailed within may be included in a violation report if the Probation Office deems fit and non-compliance continues.

Respectfully submitted,

By: Joseph Empirio, U.S.P.O.

Joseph Empirio
2012.03.02 16:33:44
-05'00'

Carolee Ann
Azzarello
2012.03.07
12:59:11 -05'00'

Date: 03/02/2012

THE COURT ORDERS:

[ ✓ ] Probation will present this document to the offender as a formal written reprimand issued with the approval and under the authority of the United States District Court.
[   ] Submit a Request for Warrant or Summons.

_____
Signature of Judicial Officer

_____
Date