NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA, Plaintiff, v. DOUGLAS BATEMAN, Defendant. | Civil Action No. 07-928 (JLL) ORDER |
|---|---|

**LINARES, District Judge.**

This matter comes before the Court by way of Defendant's letter to the Court dated June 26, 2013, which was docketed on July 3, 2013. Therein, Defendant indicates his intent to file a motion to vacate, set aside or correct a sentence pursuant to 28 U.S.C. § 2255 and requests copies of the transcript from his November 27, 2007 plea hearing and September 3, 2008 sentencing.

**IT IS** on this **10th day of July, 2013,**

**ORDERED** that, to the extent copies of the November 27, 2007 and/or September 3, 2008 transcripts are contained in the Clerk's Office file, the Clerk's Office is hereby directed to mail a copy of same to the Defendant; and it is further

**ORDERED** that, in the alternative, Defendant may request a copy of same from his attorney of record, Kevin F. Carlucci, Esq. from the Office of the Federal Public Defender.

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge